FILED
2009 May-15 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-GG10, ACTING BY AND THROUGH ITS SPECIAL SERVICER CWCAPITAL ASSET MANAGEMENT, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) |
| **PORTFOLIO-SHEFFIELD, LLC,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

Case No. CV-08-S-1902-NW

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of plaintiff for Judgment by Default in favor of plaintiff, and against defendant, Portfolio-Sheffield, LLC, pursuant to Rule 55(b), Federal Rules of Civil Procedure,[1] the court makes the following findings and conclusions:

1. The Summons and Complaint were served upon defendant, Portfolio-

---

[1] *See* doc. no. 31 (motion for default judgment).

Sheffield, LLC, on October 20, 2008. Defendant has failed to appear, plead, or otherwise defend.

2. Portfolio-Sheffield, LLC, is a limited liability corporation.

3. Portfolio-Sheffield, LLC, defaulted in its obligations to plaintiff under certain contracts between the parties — *i.e.*, a Leasehold Mortgage, an Assignment of Leases and Rents, and a Security Agreement, dated June 13, 2007.

4. Because of that default, plaintiff is entitled to exercise certain rights and remedies; specifically, the appointment of a receiver. Plaintiff is also entitled to the remedy of permanent injunctive relief.

A judgment will be entered consistent with these findings and conclusions.

DONE this 15th day of May, 2009.

*/s/ Lynwood Smith*
_____
United States District Judge